

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-19-00123-CR

DOMINIQUE SHAQUILLE HARVEY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 124th District Court
Gregg County, Texas
Trial Court No. 43683-B

Before Morriss, C.J., Burgess and Stevens, JJ.

O R D E R

Appellant Dominique Shaquille Harvey was convicted of injury to a child and was sentenced to fifty years' imprisonment. Harvey has appealed from that conviction and the resulting sentence. On March 2, 2020, Harvey's court-appointed appellate counsel, Natalie A. Anderson, filed an *Anders*[1] brief, and on March 19, 2020, Harvey filed a pro se motion for access to the appellate record for purposes of preparing a response to his counsel's *Anders* brief. Harvey's motion for access to the appellate record is granted. Under *Kelly v. State*,[2] we are required to enter an order specifying the procedure to be followed to ensure Harvey's access to the record.

At the Court's request, Anderson agreed to mail a complete paper copy of the appellate record to Harvey. On March 23, 2020, this Court mailed copies of the digitally recorded exhibits contained in the appellate record to Harvey care of the Law Library, George Beto Unit, 1391 FM 3328, Tennessee Colony, TX 75880. Allowing fifteen days from the date this motion is granted for the record to be delivered to Harvey and giving him thirty days to prepare his pro se response, we hereby set May 7, 2020, as the deadline for Harvey to file his pro se response to his counsel's *Anders* brief.

IT IS SO ORDERED.

BY THE COURT

Date: March 23, 2020

---

[1] *See Anders v. California*, 386 U.S. 738 (1967).

[2] *Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014).